Section 23-6.1 (a) cannot support a Labor Law § 241 (6) cause of action because it does not set forth a safety standard, general or specific; it merely excepts certain types of hoisting equipment from the regulations that follow. Even assuming, arguendo, that section 23-6.1 (b) is sufficiently specific under *Ross v Curtis-Palmer Hydro-Elec. Co.* (*supra*, at 505), it does not apply here because there is no evidence that the Genie hoist over which plaintiff tripped was defective or improperly maintained. Finally, section 23-6.1 (c) (1) is unquestionably general insofar as it mandates that hoisting equipment be operated in a "safe manner at all times." In any event, that regulation does not apply because plaintiff was not injured while operating the hoist.

Because plaintiff failed to establish that defendants violated a specific provision of the Industrial Code, the judgments must be reversed and the complaint and third-party complaints dismissed. (Appeals from Judgment of Supreme Court, Erie County, Joslin, J.—Labor Law.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ LYNDON P. SHARROW, Plaintiff, v DICK CORPORATION et al., Defendants. DICK CORPORATION, Third-Party Plaintiff-Respondent, et al., Third-Party Plaintiff; G & H STEEL SERVICE, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [649 NYS2d 857] —Judgment unanimously reversed on the law without costs and third-party complaint dismissed. Same Memorandum as in *Sharrow v Dick Corp.* ([appeal No. 1] 233 AD2d 858 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Indemnification.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ LYNDON P. SHARROW, Plaintiff, v DICK CORPORATION et al., Defendants. DICK CORPORATION, Third-Party Plaintiff, and SOUTHERN STEEL CORPORATION, Third-Party Plaintiff-Respondent; G & H STEEL SERVICE, INC., Third-Party Defendant-Appellant. (Appeal No. 3.) [649 NYS2d 857] —Judgment unanimously reversed on the law without costs and third-party complaint dismissed. Same Memorandum as in *Sharrow v Dick Corp.* ([appeal No. 1] 233 AD2d 858 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Indemnification.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ SAMUEL C. BALDERMAN, Appellant, v CAPITAL CITY/AMERICAN BROADCASTING COMPANY, INC., Respondent. [649 NYS2d 284] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the follow-